IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00253-PSF-MJW

ARTEMIO ORNELAS, on behalf of himself and all others similarly situated,

    Plaintiff,

v.

SONIC-DENVER T, INC.;
SONIC AUTOMOTIVE, INC.; and
TOYOTA MOTOR CREDIT CORPORATION,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY JUDGE PHILLIP S. FIGA

    The parties' Joint Motion for Short Stay of Briefing Scheduling (Dkt. # 20) is GRANTED in accordance with said motion. It is hereby ORDERED that

    a)    The deadline for plaintiff's response in opposition to the Motion to Stay shall be stayed for 10 days from the date of this Order;

    b)    On or before the termination of the 10-day stay period, the parties shall inform the Court whether their negotiations are successful, at which time the Court will issue an order consistent with the parties' agreement and applicable law; and

    c)    If the parties are unable to reach an agreement, the plaintiff shall prepare and file his response to the Motion to Stay with <u>20 days</u> from the date that either or both of the parties notify the Court of an impasse, or from the end of the 10-day stay period, whichever date is earlier.

DATED: May 8, 2006