IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-00253-PSF-MJW

ARTEMIO ORNELAS,

Plaintiff(s),

v.

SONIC-DENVER T, INC., et al.,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that the Joint Motion for Short Extension of Stay of Briefing Scheduling on Defendants' Motion for Stay and to Compel Arbitration, filed with the Court on May 18, 2006, (DN 22), is GRANTED up to and including May 24, 2006.

Date:  May 30, 2006
       (nunc pro tunc May 24, 2006)