IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-00253-PSF-MJW

ARTEMIO ORNELAS,

Plaintiff(s),

v.

SONIC-DENVER T, INC., et al.,

Defendant(s).

## MINUTE ORDER

It is hereby ORDERED that Plaintiffs' Motion for Leave to File Notice of New Authority Relevant to Issues Presented in Defendants' Motion to Stay This Case and Compel Arbitration of Plaintiff Ornelas' Individual Claims, filed with the Court on August 16, 2006, DN 30, is GRANTED and the Notice of New Authority shall be filed forthwith.

Date: August 18, 2006