IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-00253-PSF-MJW

ARTEMIO ORNELAS, on behalf of himself and all others similarly situated,

    Plaintiff,

    v.

SONIC DENVER T, INC.;
SONIC AUTOMOTIVE, INC.; and
TOYOTA MOTOR CREDIT CORP.,

    Defendants.

---

**ORDER GRANTING DEFENDANTS' UNOPPOSED
MOTION TO FILE NEW AUTHORITY**

---

Having considered Defendants' Unopposed Motion for Leave to File Notice of New Authority in Support of Defendants' Motion to Stay This Case and Compel Arbitration of Plaintiff Ornelas' Individual Claims (Dkt. # 36), and for good cause appearing,

IT IS ORDERED that defendants' motion is hereby GRANTED.

DATED: December 1, 2006

                                        BY THE COURT:

                                        *s/ Phillip S. Figa*

                                        _____
                                        Phillip S. Figa
                                        United States District Judge