IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-00253-PSF-MJW

ARTEMIO ORNELAS, on behalf of himself and all others similarly situated,

    Plaintiff,

v.

SONIC-DENVER T, INC.;
SONIC AUTOMOTIVE, INC.; and
TOYOTA MOTOR CREDIT CORPORATION,

    Defendants.

## ORDER GRANTING MOTION FOR LEAVE TO FILE NEW AUTHORITY

    The Court, having received and reviewed Plaintiff's <u>Unopposed</u> Motion for Leave to File Notice of New Authority (Dkt. # 39) and being fully advised on the merits, hereby GRANTS said motion.

    DATED:  December 8, 2006

                                    BY THE COURT:

                                    *s/ Phillip S. Figa*

                                   _____
                                   Phillip S. Figa
                                   United States District Judge