IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-00253-PSF-MJW

ARTEMIO ORNELAS, on behalf of himself and all others similarly situated,

    Plaintiffs,

v.

SONIC-DENVER T, INC.;
SONIC AUTOMOTIVE, INC.; and
TOYOTA MOTOR CREDIT CORPORATION,

    Defendants.

## ORDER OF DISMISSAL

Pursuant to the Stipulation of All Parties for Dismissal With Prejudice (Dkt. # 47), filed in this matter on May 17, 2007, the Court hereby

ORDERS that this action is DISMISSED WITH PREJUDICE, each party to pay his or its own attorney's fees and costs.

DATED:  July 10, 2007

                                          BY THE COURT:

                                          *s/ Phillip S. Figa*

                                          _____
                                          Phillip S. Figa
                                          U.S. District Court Judge